**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE COLEMAN,<br><br>Plaintiff<br><br>v.<br><br>ERIN PARKS,<br><br>Defendants | Case No.: 3:24-cv-00259-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 32 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion for extension of the deadline for dispositive motions. (ECF No. 32.) That deadline passed on October 8, 2026. (ECF No. 26.) Plaintiff has not shown good cause for failing to move for an extension of the deadline before it lapsed. To the extent that Plaintiff seeks additional time to file his own dispositive motion, his request is **HEREBY DENIED** without prejudice.

However, it appears that Plaintiff intended his motion to be a request for additional time to respond to Defendants' motion for summary judgment. (ECF No. 27.) Because he shows good cause for that request, the court **HEREBY GRANTS** Plaintiff's motion with one modification: the court will grant a 45-day extension, not a 60-day extension. Thus, Plaintiff's response to Defendants' motion for summary judgment shall be due on **December 13, 2026.**

**IT IS SO ORDERED**.

Dated: October 30, 2026

JULIE HOLLENBECK, CLERK

By: \s\

Deputy Clerk