**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE COLEMAN,

Plaintiff

v.

ERIN PARKS, et al.,

Defendants

Case No.: 3:24-cv-00259-CSD

**Order**

Re: ECF No. 34

On this occasion, the court will **GRANT** Plaintiff's motion to exceed the page limits in his response to Defendants' motion for summary judgment (ECF No. 34). In the future, Plaintiff shall strive to comply with the page limit requirements.

**IT IS SO ORDERED**.

Dated: November 3, 2026

Craig S. Denney
United States Magistrate Judge